# United States District Court

**SOUTHERN** DISTRICT OF **CALIFORNIA**

FILED
08 JAN 30 AM 10: 50
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: POU DEPUTY

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**Premises known as:**
Nokia Cellular telephone,
Serial number: 0551692LO07A8
Motorola BK60 Cellular telephone,
Serial number: 364VHNJ6QK

**SEARCH WARRANT**

CASE NUMBER: **'08 MJ 0253**

TO: __Any duly authorized Federal Officer__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Jeffrey Pryor__ (Affiant) who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
Nokia Cellular telephone Serial number: 0551692LO07A8

Motorola BK60 Cellular telephone Serial number: 364VHNJ6QK

in the __SOUTHERN__ District of __CALIFORNIA__ there is now concealed a certain person or property, namely (describe the person or property)

**SEE ATTACHMENT A**

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __February 4, 2008__
                                                         Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __Jan M. Adler__
                                                                                     U.S. Judge or Magistrate
as required by law.

1/25/08 @ 4:45 p.m.                              at    San Diego, CA
Date and Time Issued                                    City and State

Jan M. Adler U.S. Magistrate Judge
Name and Title of Judicial Officer                      Signature of Judicial Officer



# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1/25/2008 | 1/28/2008  1700 HRS | JOAQUIN CHAVEZ / DIEGO COLIO |

**INVENTORY MADE IN THE PRESENCE OF**
SA ANTHONY RIOS

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

(1) Nokia cellular telephone
    SN: 0551692L007AB

(1) Motorola cellular telephone
    SN: 364VHNJ6QK

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant

*[signature]*

Subscribed, sworn to, and returned before me this date.

_____          1/30/08
U.S. Judge or Magistrate                  Date